## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-70482-JTL |
| | ) | |
| ALPHA PROTECTIVE SERVICES, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE JOHN T. LANEY III |
| | ) | |

### SECOND AND FINAL APPLICATION FOR COMPENSATION BY TRUSTEE AND REQUEST FOR AUTHORIZATION TO PAY COMPENSATION

COMES NOW, Neil C. Gordon, the Chapter 7 Trustee herein ("Applicant"), and respectfully represent:

1.

Applicant is Trustee, having been appointed by appropriate Order of this Court.

2.

All assets of the estate have been liquidated resulting in funds coming into the estate in the amount of $6,226,935.64, of which $1,344,420.87 remains available for disbursement.

3.

In the administration of said estate, Applicant has rendered those services required as Trustee since December 18, 2012, and makes this Second and Final Application for Compensation by Trustee and Request for Authorization to Pay Compensation ("Application") for the period of December 1, 2017 through and including August 7, 2020 ("Application Period").

4.

15448185v1

Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed (other than a law partner, or forwarding attorney).  Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

5.

Applicant has prepared a detailed description of services rendered from December 1, 2017 through case closing, by date, time and nature of service performed, which is annexed hereto as Exhibit "A."

6.

Applicant has incurred actual and necessary costs and expenses properly paid in his own funds, in the amount of $0.00, which are chargeable to the estate, none of which have been repaid, and for which the Trustee request reimbursement, to wit:

Photocopies:          $  0.00; no. of copies 0; cost per copy $.10
Facsimile:            $  0.00; no of pages 0; cost per page $.50
Mileage:              $0.00; no. of miles; 0; cost per mile $.48
Parking:              $  0.00
Postage:              $  0.00; no. of documents to be sent 0; cost per document $.62
Long distance calls: $  0.00
Messenger service:  $  0.00
Computer Research $  0.00
Court Reporting Fees: $  0.00
Real Property Insurance: $  0.00
Real Property Insurance:  $  0.00
Bond Premium:       $  0.00

15448185v1

Case expenses requested:  $ 0.00

7.

The reasonable value of the services rendered by Applicant in these proceedings under Chapter 7 is the statutory allowance pursuant to 11 U.S.C. §326 of $201,058.07.

8.

Applicant has received $143,229.54 from this estate pursuant to Court Orders awarding his full statutory trustee's commission entered January 4, 2018 (Doc. No. 916). This fee application is Trustee's second and final application filed in this case.

9.

Exhibit "B" attached hereto consist of the respective résumés of Arnall Gregory Golden LLP attorneys charging for his or her services on behalf of the Trustee.

10.

Exhibit "C" attached hereto is an Affidavit of Neil C. Gordon confirming the facts set out in this Application and Exhibits hereto.

11.

This Application is filed pursuant to §330 and §331 of the Bankruptcy Code. Applicant shows that the final compensation requested by this Applicant satisfies the standards and guidelines set forth in Johnson v. Georgia Highway Express, 488 F.2d 714 (U.S.C.A. 5th 1974), and In Re First Colonial Corporation, 544 F.2d 1291 (U.S.C.A. 5th 1977), as amplified by Norman v. Housing Authority of City of Montgomery, 836 F.2d 1292 /(11th Cir. 1988). The Trustee shows that pursuant to 11 U.S.C. § 326, Trustee is entitled to $201,058.07 as his total trustee commission having recovered $6,226,935.64 of estate funds in this case.

15448185v1

12.

On April 12, 2012 (the "Petition Date"), Debtor filed a voluntary petition with the Court under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Prior to the Petition Date, the Debtor operated a security firm in Thomasville, Georgia, providing security solutions to the United States Government, commercial companies and other institutions. The Debtor's primary assets consisted of its accounts receivables, its contracts, its vehicles and its security equipment.

On December 17, 2012, the Bankruptcy Court entered an Order [Docket No. 148], which granted an oral motion of Bank of America, N.A. for the appointment of a trustee, and directed the United States Trustee to appoint a Chapter 11 trustee in the Bankruptcy Case. On December 18, 2012, the United States Trustee filed a *Notice of Appointment* [Docket No. 149], appointing Trustee as the Chapter 11 trustee of the Debtor, and on that same date the Bankruptcy Court entered an Order [Docket No. 150], which approved the appointment of the Trustee as the Chapter 11 trustee of the Debtor.

On December 19, 2012, the Trustee filed a *Motion to Convert Case to One under Chapter 7 of the Bankruptcy Code* [Docket No. 154] (the "Motion to Convert"), and on December 20, 2012 (the "Conversion Date"), the Bankruptcy Court entered an Order [Docket No. 156], which, granted the Motion to Convert. Trustee was appointed Chapter 7 Trustee of Debtor on December 20, 2012, and became permanent Trustee on February 6, 2013 at the conclusion of the Section 341 Meeting of Creditors.

Trustee was successful in prosecuting avoidance actions under Chapter 5 of the Bankruptcy Code and in pursuing other claims and assets, including Debtor's interest in

15448185v1

APS-Arti Joint Venture. As a result of Trustee's efforts, and despite how undesirable this case appeared at the outset of the Trustee's appointment, the secured creditor Bank of America, N.A. ("BANA") has been fully paid. Trustee succeeded with claim objections with the U. S. Department of Labor ("DOL") under the Service Contract Act and individual employees and ultimately reached a consensual resolution that later had to be re-opened when DOL realized its calculations were faulty. A resolution with the IRS was reached to enable a large distribution to be made for administrative taxes owing that provided for the former employees and other chapter 11 administrative claimants to be fully paid. Other obligations have been paid, including a significant distribution to unsecured priority tax creditors. DOL slowly remitted payments of wages. Each time it remitted, Debtor had a concomitant tax liability to pay. DOL had a difficult time locating and paying some employees which delayed the final administrative taxes to be paid to the appropriate tax authorities.

The Estate has $1,344,420.87 in cash, and Trustee represents that the Estate will have sufficient funds to pay in full all Chapter 7 administrative expense priority claims and still pay a significant distribution to unsecured priority creditors.

WHEREFORE, Neil C. Gordon, Chapter 7 Trustee, prays:

a) For an allowance to be made to him as final compensation of $57,828.53 as compensation for professional services rendered and $0.00 as necessary costs and expenses incurred by it in this proceeding;

b) That Applicant be allowed to receive payment from the Trustee's account for the allowed compensation and expenses; and

15448185v1

c)  That Applicant have such other and further relief as is just and proper.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

By: /s/ Neil C. Gordon
    Neil C. Gordon
    State Bar No. 302387
    Chapter 7 Trustee

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

15448185v1



**Arnall Golden Gregory** LLP

Neil C. Gordon, Trustee In Bankruptcy
Attn: Neil C. Gordon
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

December 19, 2019
Invoice #785576
Neil C. Gordon

---

**For Legal Services Rendered In Connection With:**

Client/Matter #18125-1111
Alpha Protective Services, Inc. (Case No. 12-70482-JTL)

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 12/06/17 | N. Gordon | Review and have paid special counsel and expert witnesses |
| 12/06/17 | S. Ford | Review of banking file and prepare and post checks made payable to special counsel, expert witness and accountant |
| 12/08/17 | N. Gordon | Reconcile Bank file and review December statement for activity during the month of November |
| 12/19/17 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($102,000); correspondence to Cathy Ebner |
| 12/19/17 | S. Ford | Review of banking file and prepare and post deposit of joint venture installment |
| 12/21/17 | N. Gordon | Review and complete payment to USDOJ of $874,602.73 |
| 01/09/18 | N. Gordon | Correspondence with Wes Boyer; correspondence with DOL; address tax withholdings for employees |
| 01/12/18 | N. Gordon | Reconcile Bank file and review January statement for activity during month of December |
| 01/23/18 | N. Gordon | Review entered orders on fees and Fife correspondence |
| 01/23/18 | N. Gordon | Review and have paid bond premium invoice |

---

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

Atlanta, GA | Washington, DC

ALL BILLING RELATED QUERIES: Phone:  404.873.8500 | Fax: 404.873.8501



EXHIBIT
"A"

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 2

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 01/23/18 | S. Ford | Review of banking file and prepare and post check made payable to International Sureties LTD re: bond premium |
| 01/25/18 | N. Gordon | Review fee orders; address payment of experts and DOL; address employee W-4s and payments |
| 01/25/18 | S. Ford | Review of banking file and prepare and posts checks made payable to Kevin Hiers and Phil Alday |
| 01/26/18 | N. Gordon | Continue working with DOL re paying the employees |
| 01/29/18 | N. Gordon | Review orders and review and complete payments to expert witnesses |
| 02/05/18 | N. Gordon | Review W.Matthews memo on W-4 forms of employees and address same |
| 02/06/18 | N. Gordon | Correspondence with F.Whiteside; review and complete payment to same |
| 02/06/18 | S. Ford | Review of banking file and prepare check made payable to Fife Whiteside re: interim expenses |
| 02/22/18 | N. Gordon | Reconcile Bank file and review February statement for activity during month of January |
| 02/26/18 | N. Gordon | Correspondence with F.Whiteside re trial continuance and dates |
| 03/06/18 | N. Gordon | Review wage and withholding payments to employees not part of DOL resolution |
| 03/09/18 | N. Gordon | Address FICA and employer share of withholdings |
| 03/12/18 | N. Gordon | Reconcile Bank file and review March statement for activity during month of February |
| 03/14/18 | N. Gordon | Address need to cut all checks authorized by order in January and late February for DOL; memo to A.Ford re same and accounting |
| 03/20/18 | S. Ford | Review of banking file and prepare and post checks made payable to Chapter 11 administrative claimants U. S. Dept. of Labor, U. S. Trustee, and Katz Flateu |

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 3

---

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 03/23/18 | N. Gordon | Review K-1 for APS-ARTi, LLC |
| 03/26/18 | S. Ford | Review of banking file and prepare and post checks made payable to Union Security Life Insurance and Internal Revenue Service |
| 03/28/18 | N. Gordon | Review and execute checks to employees |
| 03/28/18 | S. Ford | Review of banking file and prepare and post checks made payable to Chapter 11 administrative wage claimants |
| 03/30/18 | N. Gordon | Review all records and documents; review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($94,350) re APS-ARTI, LLC |
| 03/30/18 | S. Ford | Review of banking file and prepare deposit APS-ARTI LLC joint venture funds |
| 04/13/18 | N. Gordon | Work on first quarter payroll and unemployment tax |
| 04/16/18 | S. Ford | Review correspondence from J. Jennings, review of banking file, prepare administrative Q1-1018 tax checks made payable to IRS, Georgia Dept. of Revenue and Georgia Dept. of Labor; forward same to J. Jennings along with N. Gordon's executed tax forms |
| 04/17/18 | N. Gordon | Review and complete tax and labor department payments |
| 04/18/18 | N. Gordon | Reconcile Bank file and review April statement for activity during month of March |
| 04/23/18 | S. Ford | Review correspondence from J.Jennings and prepare form 1-assets record and form 2-cash receipts & disbursements record for calendar year 2017 and forward same to J.Jennings for tax return preparation |
| 04/30/18 | N. Gordon | Review correspondence on further trial delays |
| 05/01/18 | N. Gordon | Review various interim fee applications |

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 4

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 05/18/18 | N. Gordon | Reconcile Bank file and review May statements for activity during month of April |
| 05/21/18 | N. Overholtzer | Review state and local tax returns with N. Gordon; correspondence to J. Jennings re: correct tax ID numbers |
| 05/22/18 | N. Overholtzer | Revise and finalize tax return signatures per J. Jennings |
| 05/24/18 | N. Gordon | Review fee orders and related correspondence |
| 05/25/18 | N. Gordon | Review litigation reports from F.Whiteside |
| 06/07/18 | N. Gordon | Correspondence with estate CPA re Virginia State tax refund |
| 06/08/18 | N. Gordon | Review correspondence and documents from F.Whiteside and revise and complete clerk payments |
| 06/08/18 | N. Gordon | Reconcile Bank file and review June statement for activity during the month of May |
| 06/08/18 | S. Ford | Review of banking file and prepare and post checks made payable to administrative claimants for interim fees and expenses |
| 06/11/18 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($5,338.48) |
| 06/11/18 | S. Ford | Review of banking file and prepare and post deposit of Commonwealth of Virginia Department of Taxation refund |
| 06/12/18 | N. Gordon | Review order and judgment and letter to the court from F.Whiteside |
| 06/26/18 | N. Gordon | Review all pleadings and transcripts |
| 07/03/18 | N. Gordon | Review 9011 motion and related pleadings and notices |
| 07/05/18 | N. Gordon | Reconcile Bank file and review July statement for activity during month of June |

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 5

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 07/20/18 | N. Gordon | Review F.Whiteside status report |
| 07/23/18 | N. Gordon | Follow developments in remaining litigation |
| 07/23/18 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($62,700) |
| 07/24/18 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($391.41); correspondence to F.Whiteside on restrictive endorsement on prior check |
| 07/24/18 | S. Ford | Review of banking file and prepare deposit of settlement proceeds from Atwood Choate PC |
| 07/26/18 | S. Ford | Review of banking file and prepare deposit of settlement proceeds from Atwood Choate PC |
| 08/07/18 | N. Gordon | Reconcile Bank file and review August statement for activity during month of July |
| 08/10/18 | N. Gordon | Correspondence with JV re final distribution |
| 08/15/18 | N. Gordon | Review and consider litigation report from F.Whiteside |
| 08/22/18 | N. Gordon | Review JV income statement and balance sheet; memo to N.Overholtzer |
| 08/23/18 | N. Overholtzer | Review joint venture financials and correspondence to J. Jennings |
| 08/24/18 | N. Gordon | Review pleadings and correspondence filed/sent by F.Whiteside |
| 09/04/18 | N. Gordon | Reconcile Bank file and review September statement for activity during month of August |
| 09/05/18 | N. Gordon | Correspondence with joint venture re remaining distributions |
| 09/06/18 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($9,435.72) |

Neil C. Gordon, Trustee In Bankruptcy

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 6

Client/Matter #18125-1111

| DATE | TIMEKEEPER | DESCRIPTION |
|---|---|---|
| 09/18/18 | N. Gordon | Review F.Whiteside's status report and motion in limine and order |
| 10/01/18 | N. Gordon | Review and respond to litigation report from F.Whiteside |
| 10/02/18 | N. Gordon | Review report of F.Whiteside (6 pages) on trial |
| 10/02/18 | N. Gordon | Reconcile Bank file and review October statement for activity during month of September |
| 10/15/18 | N. Gordon | Review two 25-page opinions on APs and discuss with F.Whiteside ; review fee applications of experts |
| 11/01/18 | N. Gordon | Work on annual report |
| 11/02/18 | N. Gordon | Reconcile Bank file and review November statement for activity during month of October |
| 11/08/18 | N. Gordon | Review entered orders on fee applications |
| 11/14/18 | S. Ford | Review of banking file and prepare and post check made payable to trustee's counsel for interim fees and expenses |
| 11/15/18 | N. Gordon | Review entered order, review and complete payment to AGG |
| 11/26/18 | N. Gordon | Review and complete checks to experts |
| 11/26/18 | S. Ford | Review of banking file and prepare and post interim disbursements to Fife Whiteside, Mcnair McLemore Middlebrooks, Phil Alday, Kevin HIers, and Ronald Stunda |
| 12/03/18 | N. Gordon | Reconcile Bank file and review December statements for activity during the month of November |
| 12/05/18 | N. Overholtzer | Review and respond to creditor correspondence re: procedures and forms for filing change of address with court |

**Neil C. Gordon, Trustee In Bankruptcy**

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 7

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 12/11/18 | N. Gordon | Review and consider correspondence from W.Kelley; draft lengthy corresponse to same in response |
| 12/12/18 | N. Gordon | Correspondence form and to Cathy Ebner for APS-ARTI-LLC |
| 12/20/18 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($557.82) |
| 12/20/18 | S. Ford | Review of banking file and prepare and post deposit of final joint venture proceeds |
| 12/31/18 | N. Gordon | Review detailed and lengthy fee application of special counsel and determine no objection; memo to N.Overholtzer re same |
| 01/07/19 | N. Gordon | Reconcile Bank file and review January statement for activity during month of December |
| 01/08/19 | N. Gordon | Review and complete tax payment to IRS |
| 01/08/19 | N. Overholtzer | Review joint venture tax returns (.4); correspondence to J. Jennings (.5) |
| 01/09/19 | N. Overholtzer | Review and respond to inquiry for tax documents from J. Jennings |
| 01/11/19 | S. Ford | Review of banking file and prepare check made payable to International Sureties, Ltd. for renewal of trustee's case bond |
| 01/11/19 | N. Gordon | Review and complete bond premium payment |
| 01/30/19 | N. Gordon | Review and complete federal and North Carolina tax returns |
| 02/05/19 | N. Gordon | Review and complete payments to special counsel |
| 02/05/19 | S. Ford | Review of banking file and prepare check made payable to special counsel for court-approved fees & expenses |
| 02/08/19 | N. Gordon | Reconcile Bank file and review February statement for activity during month of January |

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 8

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 03/08/19 | N. Gordon | Review and complete letter protesting penalty by North Carolina for what USDOL had done |
| 03/15/19 | N. Gordon | Reconcile Bank file and review March statement for activity during month of February |
| 03/26/19 | N. Overholtzer | Review status of secretary of state registration with trustee |
| 03/26/19 | N. Gordon | Correspondence re renewing registration |
| 03/27/19 | N. Overholtzer | Review status with trustee (.2); renew registration with Secretary of State's office (.5) |
| 04/10/19 | N. Gordon | Reconcile Bank file and review April statement for activity during month of March |
| 05/10/19 | N. Gordon | Reconcile Bank file and review May statement for activity during month of April |
| 05/30/19 | N. Gordon | Correspondence with A.DenBeste re remnant sale |
| 06/03/19 | S. Ford | Review of banking file, correspondence to and from Union Bank and prepare trustee's letter to Union Bank to close estate account and transfer funds to East West Bank estate account |
| 06/04/19 | N. Gordon | Memo to N.Overholtzer re checking on any insurance policy with unearned premiums |
| 06/04/19 | N. Overholtzer | Research and review potential outstanding assets |
| 06/07/19 | N. Overholtzer | Begin review of potential unidentified assets per trustee |
| 06/10/19 | N. Gordon | Review check; enter on ledger; prepare for deposit and endorse; memo to A. Ford to complete deposit ($2,998.02) |
| 06/10/19 | S. Ford | Review of banking file and prepare and post deposit of transferred Union Bank funds |
| 06/11/19 | N. Gordon | Reconcile Bank file and review June statement for activity during month of May |

Neil C. Gordon, Trustee In Bankruptcy

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 9

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 06/11/19 | N. Overholtzer | Review status of insurance premiums and recovery of funds with J. Jennings |
| 06/12/19 | N. Overholtzer | Review and respond to correspondence from J. Jennings re: unclaimed funds |
| 06/17/19 | N. Overholtzer | Review Boon subpoena with J. Jennings and provide additional data for his communications with Boon |
| 07/03/19 | N. Gordon | Review and complete 505(b) letter to IRS |
| 07/09/19 | N. Gordon | Reconcile Bank file and review July statement for activity during month of June |
| 07/09/19 | S. Ford | Review of file and prepare trustee's quarterly interim report |
| 07/19/19 | N. Gordon | Review and complete state and federal tax returns and checks for taxes owing |
| 07/22/19 | N. Overholtzer | Finalize and mail federal and state corporate tax returns with copies to J. Jennings |
| 07/23/19 | N. Overholtzer | Review tax filings for J. Jennings |
| 07/29/19 | N. Overholtzer | Review tax filings per J. Jennings |
| 07/30/19 | N. Gordon | Work on tax issues and 505(b) letters |
| 07/31/19 | N. Gordon | Continued work on tax forms |
| 08/01/19 | S. Ford | Review correspondence from accountant and download S Corporate Electronic Authorization for trustee's signature and forward same to accountant |
| 08/09/19 | N. Gordon | Reconcile Bank file and review August statement for activity during month of July |

**Neil C. Gordon, Trustee In Bankruptcy**

**Client/Matter #18125-1111**

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 10

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 08/13/19 | S. Ford | Review of banking file and prepare and post check made payable to Hays Consulting for court-approved ongoing monthly storage fees |
| 08/13/19 | N. Gordon | Review correspondence and invoices from G.Hays re storage charges that need reimbursement; memo to A.ford re same; complete checks to same |
| 08/19/19 | N. Gordon | Review and complete FUTA returns and 505(b) letters |
| 08/26/19 | N. Overholtzer | Review accountant reports re: unclaimed funds, unearned premiums and security deposits |
| 08/27/19 | N. Overholtzer | Review and update research into residual assets and prepare analysis for trustee |
| 09/03/19 | S. Ford | Review of banking file and prepare and post check made payable to NC Department of Employment Security for quarterly tax return |
| 09/03/19 | N. Gordon | Review and complete North Carolina unemployment tax forms and payment of same |
| 09/06/19 | N. Overholtzer | Correspondence to J. Jennings re: tax payments to North Carolina |
| 09/13/19 | N. Gordon | Reconcile Bank file and review September statement for activity during month of August |
| 09/16/19 | N. Overholtzer | Finalize and file North Carolina employee tax form per J. Jennings |
| 09/17/19 | N. Gordon | Review and complete N.C. tax returns |
| 09/19/19 | N. Gordon | Conference with E.Hardy |
| 10/03/19 | N. Gordon | Address problems with DOL and how to address and close the case |
| 10/14/19 | N. Gordon | Reconcile Bank file and review October statement for activity during month of September |
| 10/24/19 | N. Gordon | Work on tax payments for withholdings to IRS; review and complete checks |

**Neil C. Gordon, Trustee In Bankruptcy**

Client/Matter #18125-1111

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 11

| DATE | TIMEKEEPER | DESCRIPTION |
|------|-----------|-------------|
| 10/24/19 | N. Gordon | Review, consider and respond to W.Matthews memo and how Trustee can close estate despite withholding issues |
| 10/24/19 | S. Ford | Review of banking file and prepare and post checks made payable to IRS |
| 11/01/19 | S. Ford | Review of banking file and prepare check made payable to IRS for 640 federal payroll taxes |
| 11/11/19 | N. Overholtzer | Review tax filing with J. Jennings and mail to IRS |
| 11/18/19 | N. Gordon | Provide UST with background on case status |
| 11/18/19 | S. Ford | Review of file and prepare trustee's final report including form 1-assets record, form 2-cash receipts & disbursements record, claims analysis and proposed dividend distribution report |
| 11/18/19 | S. Ford | Anticipated time to conclude case including preparation of disbursements to allowed claimants and trustee's final account report with numerous exhibits |
| 11/26/19 | N. Gordon | Reconcile Bank file and review November statements (October activity) |
| 11/29/19 | N. Gordon | Estimated time to conclude case, including reports, disbursements and reconciliation |
| 12/11/19 | N. Gordon | Review and complete payment to North Carolina Department of Law |
| 12/12/19 | N. Gordon | Correspondence with G.Hays and A.Ford re abandonment |
| 12/13/19 | N. Gordon | Reconcile Bank file and review December statement for activity during month of November |

**EXPENSES:**

**Neil C. Gordon, Trustee In Bankruptcy**

**Client/Matter #18125-1111**

December 19, 2019
Invoice #785576
Neil C. Gordon
Page 12

| | |
|---|---:|
| VENDOR: United Parcel Service - UPS INVOICE#: 000000393931527 DATE: 12/30/2017 Tracking #: 1Z3939310192416060 Shipment Date: 20171221 Ship to: Angelo Frattarelli, Department of Justice ATTN TAXFLU, Room 6241A - Judiciary Center Build, Washington, DC 20001 | 20.75 |
| Postage | 92.45 |
| Duplicating Expenses | 22.80 |
| **Total Expenses** | **$136.00** |



**Arnall
Golden
Gregory** LLP

**Neil C. Gordon, Trustee In Bankruptcy**
**Attn: Neil C. Gordon**
**171 17th Street, N.W.**
**Suite 2100**
**Atlanta, GA  30363-1031**

December 31, 2019
Invoice #786300
Neil C. Gordon

**For Legal Services Rendered In Connection With:**

**Client/Matter #18125-1111**
**Alpha Protective Services, Inc. (Case No. 12-70482-JTL)**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> |
|---|---|---|
| 12/17/19 | N. Overholtzer | Memo to J. Jennings, G. Hays and W. Matthews re: property and records to be abandoned |



**Arnall Golden Gregory** LLP

Neil C. Gordon, Trustee In Bankruptcy
Attn: Neil C. Gordon
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

July 17, 2020
Invoice #803833
Neil C. Gordon

---

**For Legal Services Rendered In Connection With:**

Client/Matter #18125-1111
Alpha Protective Services, Inc. (Case No. 12-70482-JTL)

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> |
|---|---|---|
| 01/07/20 | N. Gordon | Address bond invoice for the case |
| 01/20/20 | N. Gordon | Reconcile Bank file and review January statement for activity during month of December |
| 01/20/20 | A. Ford | Review of file and prepare initial draft of trustee's annual interim report |
| 01/21/20 | N. Overholtzer | Correspondence to J. Jennings re: finalized tax filings |
| 01/22/20 | N. Gordon | Review and have paid taxes invoiced from IRS |
| 01/27/20 | N. Gordon | Complete state and federal tax forms and 505(b) letters |
| 01/31/20 | N. Gordon | Work on annual report |
| 01/31/20 | A. Ford | Review of file and prepare final version of trustee's annual interim report |
| 02/11/20 | A. Ford | Review correspondence from and to J. Jennings and forward form 1-asset record and form 2-cash receipts & disbursement report for preparation of estate's final tax returns |
| 02/14/20 | N. Gordon | Reconcile Bank file and review February statement for activity during month of January |

---

**Neil C. Gordon, Trustee In Bankruptcy**

July 17, 2020
Invoice #803833
Neil C. Gordon
Page 2

**Client/Matter #18125-1111**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> |
|---|---|---|
| 03/11/20 | N. Gordon | Review State of California summary of taxes owing and reply of Jim Jennings |
| 03/13/20 | N. Gordon | Reconcile Bank file and review March statement for activity during the month of February |
| 03/16/20 | N. Gordon | Review order on abandonment |
| 03/20/20 | N. Overholtzer | Review plans for destruction and retention of employee and business records with N. Gordon and G. Hays |
| 03/20/20 | N. Gordon | Address books and records abandonment issues |
| 03/23/20 | N. Gordon | Review and have paid Hays storage invoice; correspondence with Hays re abandonment issues; memo to A.Ford re foregoing |
| 03/23/20 | N. Overholtzer | Review and respond to memos re: closeout preparations |
| 04/14/20 | N. Gordon | Reconcile Bank file and review statement for month of April (March activity) |
| 04/24/20 | N. Gordon | Telephone conference with Alicia den Beste re sale of remnants |
| 04/27/20 | N. Gordon | Correspondence with Alicia den Beste re remnant sale and decision not to proceed therewith; memo to A. Ford to proceed with abandonment |
| 05/01/20 | A. Ford | Review of file and prepare trustee's quarterly interim report |
| 05/11/20 | N. Gordon | Correspondence with G.Hays re abandon of B&R |
| 05/11/20 | N. Gordon | Reconcile Bank file and review May statement for activity during month of April |
| 06/05/20 | N. Gordon | Work on abandonment issues for books and records and employee records; review and complete abandonment |
| 06/12/20 | N. Gordon | Reconcile Bank file and review June statement for activity during month of May |

**Neil C. Gordon, Trustee In Bankruptcy**

**Client/Matter #18125-1111**

**July 17, 2020**
**Invoice #803833**
**Neil C. Gordon**
**Page 3**

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 06/15/20 | N. Overholtzer | Memo to W. Matthews re: tax returns |
| 06/17/20 | N. Overholtzer | Review and respond to memo from W. Matthews re: tax returns |
| 06/26/20 | A. Ford | Review of file and work on trustee's final report along with form 1-assets record, form 2-cash receipts & disbursements report, claims analysis, and proposed dividend distribution report |
| 06/26/20 | A. Ford | Anticipated time to conclude case including preparation of disbursements to allowed claimants and trustee's final account report along with numerous exhibits |

**EXPENSES:**

| | | |
|---|---|---|
| POSTAGE | | 15.20 |
| Duplicating Expenses | | 0.80 |
| | **Total Expenses** | **$16.00** |


**Arnall Golden Gregory** LLP

Neil C. Gordon, Trustee In Bankruptcy
Attn: Neil C. Gordon
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

August 7, 2020
Invoice #805167
Neil C. Gordon

**For Legal Services Rendered In Connection With:**

**Client/Matter #18125-1111**
**Alpha Protective Services, Inc. (Case No. 12-70482-JTL)**

| DATE | TIMEKEEPER | DESCRIPTION |
|------|------------|-------------|
| 07/10/20 | N. Gordon | Reconcile Bank file and review June statement for activity during month of May |

**EXPENSES:**

| | |
|---|---|
| POSTAGE | 195.50 |
| **Total Expenses** | **$195.50** |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

Atlanta, GA | Washington, DC

ALL BILLING RELATED QUERIES: Phone: 404.873.8500 | Fax: 404.873.8501

**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8500

### PARTNERS

**NEIL C. GORDON** — Admitted to Georgia Bar in 1979.  Education: University of Florida
(B.S.B.A. cum laude, 1976); University of Georgia (J.D. 1979).   Law Clerk to Hon.
Robert L. Vining, Jr., Judge, U.S. District Court, Northern District of Georgia, 1979-81;
Publications: Co-Author, "*Law v. Siegel* Dicta Leads Lower Courts Astray," American
Bankruptcy Institute Journal, Vol. XXXIV, No. 2 (February 2015); Co-Author, "When Can
the Statute of Limitations for Avoidance Actions Be Extended?" American Bankruptcy
Institute Journal, Vol. XXXII, No. 5 (June 2013); Co-Author, "*Schwab v. Reilly* Two
Years Later: Appellate Opinions on Appreciation and 100 Percent of FMV," American
Bankruptcy Institute Journal, Vol. XXXI, No. 9 (October 2012); Author, "Section 362(h)
Does Not Deprive a Trustee of Standing to Void a Lien," American Bankruptcy Institute
Journal, Vol. XXIX, No. 10 (December 2010/January 2011); Author, "An Overview of
Mortgage and Finance Fraud for Trustees," in *Mortgage and Finance Fraud Litigation
Strategies* (Thomson Reuters/Aspatore Books 2010); Author, "The Art of the Carve-
Out," NABTalk, Vol. 25, No. 1 (Spring 2009); Co-Author, "New Tax Laws Affecting
Home Sales Give Chapter 7 Trustees Long Overdue Relief" , Bankruptcy Court
Decisions, Vol. 32, No. 20 (July 28, 1998); Co-Author, "Maximizing Returns for Estate
Creditors by Minimizing Taxes: Exclusion of Gain from the Sale of the Debtor's Principal
Residence", NABTalk, Vol. 16, No. 3 (Fall, 2000); Co-Author, "Recent Cases," Journal
of the American Bankruptcy Trustee, Quarterly Publication of National Association of
Bankruptcy Trustees (NABT 2003-present). Member: Atlanta Bar Association,
Bankruptcy Law Section (Chair 1992-1993, Board Member 1988-1994); State Bar of
Georgia; American Bankruptcy Institute (Legislation Committee Co-Chair 2013-2015);
National Association of Bankruptcy Trustees (Board Director 2000-2014; Executive
Committee 2006-2014; Secretary 2006-2007; Treasurer 2007-2008; Vice-President

### EXHIBIT "B"

15448185v1

2008-2011; President 2011-2012; Immediate Past President 2012-2013; Past President Director 2013-2014); Panel, United States Trustees; Fellow, American College of Bankruptcy; Master of the Bench, W. Homer Drake Georgia Bankruptcy American Inn of Court; Full Member, National Association of Federal Equity Receivers.

Seminar Presentations: "Case Law Update," NABT Virtual Annual Conference (August 27, 2020); "Hot Trustee Topics in Consumer Cases," NCBJ Annual Conference, Washington, D.C. (November 1, 2019); "Suing Universities to Recover Tuition Paid for Adult Children," 22nd Annual Bankruptcy Seminar, Macon, Georgia (September 20, 2019); "Unscheduled Product Liability (and Other) Claims in Reopened Cases," 22nd Annual Bankruptcy Seminar, Macon, Georgia (September 20, 2019); "Case Law Update," NABT Annual Conference, Denver, Colorado (August 23, 2019); "Annual Panel Trustee Seminar: A Training Day in LA," Region 16 Chapter 7 Panel Trustee Training, Los Angeles, California (June 27, 2019); "Current Development/Recent Case Law Panel," Region 21 Chapter 7 Panel Trustee Training, Orlando, Florida (June 6-7, 2019); "Key Takeaways from the American Bankruptcy Institute's Commission on Consumer Bankruptcy Report," The Bench and Bar Committee, Atlanta, Georgia (May 6, 2019); "Tuition Clawback by Bankruptcy Trustees: The Focus Points for this Growing Litigation," Emory Bankruptcy Developments Journal Symposium, Atlanta, Georgia (February 21, 2019); "Case Law Update," Law Education Institute, Snowmass, Colorado (January 2-6, 2019); "Oh, Let Me Count the Days: Calculating Deadlines and Reach-back Periods in Avoidance and Other Actions," Cobb County Bar Association, Marietta, Georgia (November 30, 2018); "Avoiding and Recovery Payments Made for Adult Children," Cobb County Bar Association, Marietta, Georgia (November 30, 2018); "Suing Universities (and Others) to Recover the Tuition Payments Made for Adult Children," The W. Homer Drake, Jr. Georgia Bankruptcy Inn of Court, Atlanta, Georgia (October 25, 2018); "Treatment of Product Liability and Similar Claims in Bankruptcy in a Reopened Case: (a) Are the Claims Property of the Estate, (b) If So, What Exemption Can Be Claimed, and (c) the Role of Judicial Estoppel," The W. Homer Drake, Jr. Georgia Bankruptcy Inn of Court, Atlanta, Georgia (October 25, 2018); "Recent

15448185v1

Developments/Case Law Updates," Chapter 7 Panel Trustee Training – Northern District of Georgia, Atlanta, Georgia (September 14, 2018); "Case Law Update," NABT Convention, Amelia Island, Florida (August 16, 2018); "Trustee Litigation – A Powerful Tool," Region 21 Trustee Training Webinar (March 28, 2018); "The Powerball Jackpot (Case Law Update)," NABT Spring Seminar, Las Vegas, Nevada (February 23, 2018); "Exemptions," "Consumer Case Law Update," and "Business Case Law Update," National CLE Conference in conjunction with the Colorado Bar Association and the Law Education Institute, Vail, Colorado (January 3-7, 2018); "Oh, Let Me Count the Days: Calculating Deadlines and Reachback Periods in Avoidance and Other Actions, Consumer and Business Bankruptcy Institute, Reynolds Plantation, Georgia (December 14, 2017);"Bankruptcy Avoidance Actions," National Association of Attorney Generals, Savannah, Georgia (November 15, 2017); "Case Law Update," NABT Convention, New Orleans, Louisiana (September 15. 2017); "Shark Tank: The Case for Increasing Chapter 7 Trustee Compensation," American Bankruptcy Institute 22nd Annual Southeast Bankruptcy Workshop, Hilton Head Island, South Carolina (July 30, 2017); "Case Law Update," NABT Spring Seminar, Rio Grande, Puerto Rico (March 3, 2017); "Case Law Update," Law Education Institute (LEI) Conference, Snowmass, Colorado (January 4-8, 2017); "Exemptions," American Bankruptcy Institute Winter Leadership Conference, Rancho Palos Verdes, California (December 1-3, 2016); "Obligations of Trustees in Fulfilling Their Fiduciary Duties," American Inns of Court (November 17, 2016); "Simply the Best: Case Law Update," NABT Annual Convention, San Diego, California (September 9, 2016); "Exemption Issues in Chapter 13," NACTT 51st Annual Conference, Philadelphia, Pennsylvania (July 23, 2016); "Dismissal and Conversion Issues," NACTT 51st Annual Conference, Philadelphia, Pennsylvania (July 22, 2016); "Recent Cases: Case Law Update," NABT Spring Seminar, Atlanta, Georgia (April 8, 2016); "Avoidance and Recovery Actions Across the Chapters: Roles & Perspectives of Trustees," American Inns of Court Winter Program, Atlanta, Georgia (January 26, 2016); "Exemption Law – Immunity to Treat Creditors with Impunity or the Privilege of Fresh Start" and "Case Law Update: Commercial/Business," Law Education Institute (LEI) Conference, Vail, Colorado (January 6-10, 2016); "So You Thought You

Understood Exemptions!" Cobb County Bar Association, Marietta, Georgia (October 10, 2015); "Does *Law v. Siegal* Really Stand for That?," National Conference of Bankruptcy Judges 89th Annual Meeting, Miami, Florida (September 27-30, 2015); "Exemptions" and "Case Law Update," NABT Annual Convention, Chicago, Illinois (August 27-29, 2015); "Case Law Update," United States Trustee Region 21-Northern District of Georgia Trustee Training (includes Florida, Georgia, Puerto Rico, and U.S. Virgin Islands Trustees), Atlanta, Georgia (August 21, 2015); "Case Law Update," NABT Spring Seminar, Charleston, South Carolina (February 27, 2015); "How to Approach Banks about Short Sales and Carve-Outs," American Bankruptcy Institute Conference, Tulane University, New Orleans, Louisiana (January 19, 2015); "Case Law Update," Law Education Institute (LEI) Conference, Vail, Colorado (January 7-11, 2015); "Zip Lining through the Tough issues in Avoiding a Preference or Set-Off," Institute of Continuing Legal Education in Georgia, Greensboro, Georgia (October 23, 2014); "Current Consumer Trends & Practices," American College of Bankruptcy, National Conference of Bankruptcy Judges 88th Annual Meeting, Chicago, Illinois (October 8, 2014); "The Nuts & Bolts of Chapter 11," American Bankruptcy Institute Workshop, Salt Lake City, Utah (September 12, 2014);  "Case Law Update," NABT Annual Convention, Salt Lake City, Utah (September 12, 2014); "Case Law Update," United States Trustee Region 3 Trustee Training (includes Delaware, New Jersey, and Pennsylvania Trustees), Harrisburg, Pennsylvania (June 6, 2014);  "Case Law Update," United States Trustee Region 21-Northern District of Georgia Trustee Training (includes Florida, Georgia, Puerto Rico, and U.S. Virgin Islands Trustees), Atlanta, Georgia (May 9, 2014); "The Nuts & Bolts of Chapter 11," American Bankruptcy Institute Southeast Seminar, Coral Gables, Florida (April 5, 2014); "Case Law Update," NABT Spring Seminar, Coral Gables, Florida (April 5, 2014); "Chapter 7 and 11 Case Law Update," Law Education Institute (LEI) Conference, Vail, Colorado (January 5-9, 2014); "Real Estate Short Sales and Carve-Outs," American Bankruptcy Institute 25th Annual Winter Leadership Conference,  Rancho Palos Verdes, California (December 6, 2013); "Chapter 7 & Hot Topics," National Conference of Bankruptcy Judges  2013 Annual Conference, Atlanta, Georgia (November 1, 2013);  "Case Law Update" NABT 2013

15448185v1

Annual Meeting, White Sulphur Springs, West Virginia (August 8, 2013); "Plenary
Session: Consumer Update 2013," American Bankruptcy Institute Southeast Seminar,
Amelia Island, Florida (July 18-21, 2013); "Mortgage Avoidance Issues in Bankruptcy (A
Trustee's Perspective)," 35th Annual Real Property law Institute, Amelia Island, Florida
(May 9, 2013); "The Good, the Bad, and the Ugly – Case Law Update," NABT 2013
Spring Seminar, Scottsdale, Arizona (February 22-23, 2013); "Case Law
Developments," "What Is the Trustee Up to Now?" "Mortgage Issues: Pervasive Issues
and Abuses," and Fraudulent Conveyances," Law Education Institute (LEI) Conference,
Snowmass, Colorado (January 2-5, 2013); "Case Law Update I," NABT 2012 Annual
Meeting, Colorado Springs, Colorado (September 8, 2012); Case Law Update II," NABT
2012 Annual Meeting, Colorado Springs, Colorado (September 6, 2012) "Bankruptcy
Issues for Auctioneers," National Auctioneers Association's 63rd International
Auctioneers Conference, Spokane, Washington (July 18, 2012); "The Presidents' Panel:
Current Issues in Consumer Bankruptcy," NACTT 47th Annual Seminar, New Orleans,
Louisiana (July 13, 2012); "Waiter! Check Please! Paying the Tab in Consumer
Bankruptcy: The Real Costs of Accessing the System," NACTT 47th Annual Seminar,
New Orleans, Louisiana (July 12, 2012); "An Empirical Study of the Costs of BAPCPA,"
NABT 2012 Spring Seminar, Las Vegas, Nevada (March 31, 2012); "Sold! Short
Sales/724(b) Sales: The New Normal," NABT 2012 Spring Seminar, Las Vegas,
Nevada (March 30, 2012);  "Ethics and Professionalism Potpourri," 36th Annual Judge
Alexander L. Paskay Seminar on Bankruptcy Law and Practice, Tampa, Florida (March
17, 2012); "Latest Developments – Case Law Update," "Ethic Standards Re-Examined,"
and "Who Gets the Money? Claims Objections Issues," Law Education Institute's 29th
Annual national CLE Conference, Snowmass, Colorado (January 4 – 8, 2012); "Hot
Topics in Chapter 7," ABI/NCBJ Roundtable, National Conference of Bankruptcy
Judges, Tampa, Florida (October 12-15, 2011); "Case Conversion Issues," NABT 2011
Annual Meeting, Amelia Island, Florida (September 21-24, 2011); "Today's Chapter 7,"
Panel, Annual Southeast Bankruptcy Workshop, Kiawah Island, South Carolina (July
27-30, 2011); "Select Claim Objection Issues," NABT Spring Seminar, Santa Monica,
California (March 26, 2011); "Looking Ahead: What's in Store for Consumer

15448185v1

Practitioners in 2011," 35th Annual Judge Alexander L. Paskay Seminar on Bankruptcy Law and Practice, Tampa, Florida (March 10-12, 2011); "Chapters 7 and 11 Case Law Update," State Bar of Georgia Bankruptcy Law Section, Greensboro, Georgia (October 28, 2010); "Recovering Unauthorized Post-Petition Transfers," NABT Convention, San Francisco, California (October 1, 2010);  "Chapter 7 Law Update," Middle District of Georgia Bankruptcy Institute, Macon, Georgia (September 17, 2010); " Individual Business Bankruptcy Cases," Metro Atlanta Consumer Bankruptcy Attorneys  Group, Atlanta, Georgia (May 21, 2010), "Professionalism Issues," Atlanta Bar Association, Bankruptcy Law Section Seminar, Atlanta, Georgia (May 6, 2010); "Recurring Issues among Consumer Lawyers and Trustees and How to Avoid Them," American Bankruptcy Institute, Washington, D.C. (May 1, 2010); "The  Nouveau Pauvre, or Who Used to Be a Millionaire (Finding Assets in Those Mid and Large Size Cases in Which the Debtors Used to Be "High-End" Debtors)," NABT Spring Seminar, Savannah, Georgia (April 9, 2010); "Trends and Threads in Business Cases: Case Law Update from the Front," National CLE Conference, Vail, Colorado (January 6, 2010); "Prebankruptcy Asset Protection and Planning: How Far Can the Line Be Pushed before the Trustee Reacts," National CLE Conference, Vail, Colorado (January 7, 2010), and "Making Sense of the Tide in Consumer Case/Issue Development: Caselaw Review of Recent Consumer Bankruptcy Decisions," National CLE Conference, Vail, Colorado (January 8, 2010); "Hot Topics in Chapter 7," ICLE Bankruptcy Seminar, Braselton, Georgia (November 12, 2009); "The Art of the Carve-Out," NABT Annual Convention, Boston, Massachusetts (August 29, 2009); "Hot Consumer Topics in Chapter 7," American Bankruptcy Institute 14th Annual Southeast Bankruptcy Workshop, Hilton Head, South Carolina (July 30, 2009 – August 1, 2009); "Negotiation/Out-of-Courtroom Skills and Techniques," American Bankruptcy Institute's Skills Training Program,  Atlanta, Georgia (June 4, 2009); "Select Trustee Issues," 11th Circuit Fellows Luncheon, American College of Bankruptcy, Washington, D.C. (March 27, 2009); "Case Law Update: The Good, The Bad, and The Ugly," National CLE Conference (LEI), Vail, Colorado, January 4-5, 2009; "Case Law Update," United States Trustee Region 21 Seminar (includes Florida, Georgia, Puerto Rico, and U.S. Virgin

Islands Trustees), Atlanta, Georgia (October 21, 2008); "The Art of the Carve-Out," NABT Spring Seminar, Santa Fe, New Mexico (April 26, 2008); "Bankruptcy Claim Quandaries, Administrative Claims, Claims Evidentiary Issues, Superpriority Claims Upon Conversion to Chapter 7, Rejection Claims, and Estimation Claims," National CLE Conference (LEI), Vail, Colorado, January 4-6, 2008; "Select Exemption Issues," National Conference Bankruptcy Judges, Orlando, Florida (October 10, 2007); "Case Law Update," United States Trustee Region 21 Seminar (includes Florida, Georgia, Puerto Rico, and U.S. Virgin Islands Trustees) Atlanta, Georgia (September 27, 2007), "Administering Exempted Assets," NABT Spring Seminar, Atlanta, Georgia (March 16, 2007); "Pro Se Debtor Cases and Issues," American Bankruptcy Institute's 11th Annual Southeast Bankruptcy Workshop (July 26-29, 2006); "Case Law Update," United States Trustee Region 21 Seminar (includes Florida, Georgia, Puerto Rico, and U.S. Virgin Islands Trustees), Miami, Florida, Georgia (June 22-23, 2006); "Bankruptcy Reform Act - Hot Issues," NABT Spring Seminar, Phoenix, Arizona (March 4, 2006); "Tax Issues in the Era of the New Bankruptcy Reform Act," Georgia Society of CPAs, Atlanta, Georgia (June 21, 2005); "The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005: How will it affect your business?" AGG Seminar, Atlanta, Georgia (June 3, 2005); "Bankruptcy Issues for the Commercial Realtor," Atlanta Board of Realtors, Atlanta, Georgia (June 2, 2005); "Proving Deepening Insolvency," Emory Bankruptcy Developments Journal Symposium, Atlanta, Georgia (March 24, 2005); "Case Conversion Issues," United States Trustee Region 21 Seminar (includes Florida and Georgia Trustees), Savannah, Georgia (January 20-21, 2005); "New Developments: A Trustee's Perspective," NABT Convention, San Diego, California (September 11, 2004); "Holding onto Assets," NABT Spring Seminar, Las Vegas, Nevada (March 12-13, 2004); "Case Law Update," United States Trustee Region 21 Seminar, Atlanta, Georgia (January 8, 2004); "Recovering Assets through Litigation in Bankruptcy," National Bankruptcy Training Institute, Columbia, South Carolina (November 18, 2003); Faculty Member, National Bankruptcy Training Institute, Columbia, South Carolina (2003); "Claims Review, Objections, and Resolutions," NABT Annual Convention, Washington, D.C. (September 9, 2003); "Perfection of Collateral" and "Guaranty Agreements,"

15448185v1

SouthTrust Bank Live Video Broadcast Seminar, Atlanta, Georgia (August 22, 2003); "Establishing Corporate Insider Liability: From Deepening Insolvency to Avoidance Issues," NABT Spring Seminar, Coral Gables, Florida (March 29, 2003); Training Seminar for New Trustees, Office of the United States Trustee (September 12, 2002); "Case Law Update," United States Trustee Region 21 Seminar (Florida and Georgia Trustees) (May 3, 2002); "Bankruptcy and Foreclosures," Georgia ICLE (April 17, 2002); "Loan Documentation Issues," (August 22, 2003); "How to Protect the Interest of Secured Creditors in Georgia," National Business Institute (NBI); "How New Bankruptcy Legislation Will Impact Your Practice," Consumer Bankruptcy Attorneys Association; "Advanced Real Estate Seminar: Bankruptcy Issues," NBI; "Ethics in Bankruptcy," State Bar of Georgia, Bankruptcy Law Section; "Chapter 11 Single Asset Real Estate Cases," Atlanta Bar Association, Bankruptcy Law Section; "Bankruptcy: An Overview," Georgia Department of Banking and Finance; "Bankruptcy: An Overview," Mortgage Bankers Association of Georgia; "Liens and Credit Issues in Bankruptcy," NBI.

**SEAN C. KULKA** - Admitted to Georgia Bar in 1998. Education: Michigan State University (B.A., cum laude, 1994); University of Mississippi (J.D., cum laude, 1998). Publications: Co-Author, "Rulings Shift Leverage Away from Secured Creditors," National Law Journal (February 15, 2010). Member: Atlanta Bar Association, Bankruptcy Law Section; State Bar of Georgia; American Bankruptcy Institute; Turnaround Management Association. Seminar Presentations: "Bankruptcy – An Overview of the Challenges and Opportunities," Atlanta Chapter of Georgia Society of Certified Public Accountants, Atlanta, Georgia (Spring 2010); "Planning and Managing a Chapter 11 Reorganization from Start to Finish in Georgia," National Business Institute (Fall 2005); "Basic Bankruptcy Litigation in Georgia," National Business Institute (Fall 2004); "Bankruptcy: a Creditor's Perspective," Lorman Education Services (Winter 2004); "Creditors' Rights and Protection of Security Interests in Bankruptcy in Georgia," Sterling Education Services (Fall 2003). Practice Areas: Bankruptcy, Creditors' Rights and Workout, Litigation, Real Estate, and Telecommunications.

15448185v1

**MICHAEL F. HOLBEIN** – Admitted to Georgia Bar in 1999. Education: Stetson University (B.A., cum laude, 1995); University of Florida (J.D., with honors, 1999). Member: Atlanta Bar Association; State Bar of Georgia, Bankruptcy and Creditors' Rights Sections; National Association of Bankruptcy Trustees. Seminar Presentations: "Mortgage Avoidance Issues in Bankruptcy (A Trustee's Perspective)," 35th Annual Real Property law Institute, Amelia Island, Florida (May 9, 2013); "Preference & Fraudulent Transfer Workshop," NABT 2012 Annual Meeting, Colorado Springs, Colorado (September 8, 2012); "Document Authentication," NABT 2012 Annual Meeting, Colorado Springs, Colorado (September 6, 2012); "Discovery Tools and Practices in Consumer Bankruptcy Cases," Atlanta Consumer Bankruptcy Skills Training Seminar, Atlanta, Georgia (January 28, 2009). Practice Areas: Bankruptcy, Creditors' Rights and Workout, and Business Litigation.

**MICHAEL J. BARGAR** – Admitted to Georgia Bar in 2010. Education: Ashland University (B.A., 2001); Case Western Reserve University, (MBA, 2007); Emory University (J.D., 2010). Member: State Bar of Georgia. Executive Notes and Comments Editor, *Emory Bankruptcy Developments Journal*. Practice Areas: Bankruptcy, Creditors' Rights and Financial Restructuring. Barrister, W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court. Panel Member, Chapter 7 Panel of Trustee for the Northern District of Georgia. Fellow, American Bar Foundation.

## OF COUNSEL

**WILLIAM D. MATTHEWS** – Admitted to Georgia Bar in 1986. Education: University of South Carolina (B.S., Mathematics, magna cum laude, 1983); Duke University School of Law (J.D., with honors, 1986). Member: State Bar of Georgia. Law Clerk for the Honorable W. H. Drake, Jr. (1986-1989). Practice Areas: Bankruptcy, Creditors' Rights and Financial Restructuring.

15448185v1

## ASSOCIATES

**MEGHAN J. WELLS** – Admitted to Georgia Bar in 2016. Education: University of

Georgia (B.S., summa cum laude with honors, 2013); University of Georgia (J.D.,

magna cum laude, 2016, Order of the Coif). Managing Board Member, *Georgia Law*

*Review*. Member: State Bar of Georgia. Practice Areas: Bankruptcy, Creditors' Rights

and Financial Restructuring**.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-70482-JTL |
| | ) | |
| ALPHA PROTECTIVE SERVICES, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE JOHN T. LANEY III |
| | ) | |

### AFFIDAVIT OF NEIL C. GORDON

**STATE OF GEORGIA**
**COUNTY OF FULTON**

Before me, the undersigned attesting officer duly authorized to administer oaths,

personally appears Neil C. Gordon, who after being duly sworn, deposes and says:

1.

I am the Trustee in this case and am responsible for the fees incurred by the

Trustee in the above-styled Chapter 7 case.

2.

The facts set out in the foregoing Second and Final Application for Compensation

by Trustee and the Exhibits attached thereto, are true and correct to the best of my

knowledge, information and belief. Those facts are known to me personally or established

by business records of the Trustee, maintained in the ordinary course of business,

including time and disbursement records made by lawyers and paralegals.

/s/ Neil C. Gordon
NEIL C. GORDON

Sworn to and subscribed before me
This 5th day of October, 2020.
/s/ Angela G. Goode
Notary Public
My Commission Expires: 5/5/21

ANGELA G. GOODE
NOTARY
PUBLIC
EXPIRES
GEORGIA
MAY 5, 2021
COBB COUNTY

15448185v1

**EXHIBIT "C"**

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing SECOND AND FINAL

APPLICATION FOR COMPENSATION BY TRUSTEE via hand delivery to:

Office of the U.S. Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201

This 5th day of October, 2020.

/s/ Neil C. Gordon
Neil C. Gordon

15448185v1